USCA Case #13-1262    Document #1459680    Filed: 10/03/2013    Page 1 of 5

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB and NATURAL
RESOURCES DEFENSE COUNCIL,

    Petitioners,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY and
REGINA MCCARTHY,
Administrator, U.S. Environmental
Protection Agency,

    Respondents.

No. 13-1262

## PETITION FOR REVIEW

Pursuant to Clean Air Act § 307(b)(1), 42 U.S.C. § 7607(b)(1), Rule 15 of the Federal Rules of Appellate Procedure, and Circuit Rule 15, Sierra Club and Natural Resources Defense Council hereby petition this Court for review of the final action taken by Respondents at 78 Fed. Reg. 47,191 (Aug. 5, 2013) and titled "Air Quality Designations for the 2010 Sulfur Dioxide ($SO_2$) Primary National Ambient Air Quality Standard."

DATED:   October 3, 2013

Respectfully submitted,

*/s/ Seth L. Johnson*

SETH L. JOHNSON
NICHOLAS MORALES
DAVID S. BARON
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500
sjohnson@earthjustice.org
nmorales@earthjustice.org
dbaron@earthjustice.org

*Counsel for Petitioners*

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and REGINA MCCARTHY, Administrator, U.S. Environmental Protection Agency, <br><br> Respondents. | No. |

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, Petitioners make the following disclosures:

**Sierra Club**: Sierra Club has no parent companies, and no publicly held company has a ten percent or greater ownership interest in Sierra Club.

Sierra Club, a corporation organized and existing under the laws of the State of California, is a national nonprofit organization dedicated to the protection and enjoyment of the environment.

**Natural Resources Defense Council**: Natural Resources Defense Council has no parent companies, and there are no publicly held companies that have a ten percent or greater ownership interest in the Natural Resources Defense Council.

Natural Resources Defense Council, a corporation organized and existing under the laws of the State of New York, is a national nonprofit organization dedicated to improving the quality of the human environment and protecting the nation's endangered natural resources.

DATED: October 3, 2013

Respectfully submitted,

SETH L. JOHNSON
NICHOLAS MORALES
DAVID S. BARON
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500
sjohnson@earthjustice.org
nmorales@earthjustice.org
dbaron@earthjustice.org

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **Petition for Review** and **Rule 26.1 Disclosure Statement** on respondents by sending a copy via First Class Mail to each of the following addresses on the 3rd day of October, 2013:

Gina McCarthy
EPA Headquarters 1101A
United States Environmental Protection Agency
William Jefferson Clinton Federal Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Eric H. Holder
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460


Seth L. Johnson