# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-1262                                              September Term, 2014

EPA-78FR47191

Filed On: June 15, 2015 [1557359]

Sierra Club and Natural Resources
Defense Council,

       Petitioners

       v.

Environmental Protection Agency and Gina
McCarthy,

       Respondents

------------------------------

National Environmental Development
Association's Clean Air Project, et al.,
       Intervenors

## O R D E R

      Upon consideration of petitioners' motion to govern further proceedings and continue case in abeyance, it is

      **ORDERED** that the motion be granted, and this case remain held in abeyance pending further order of the court.

      Petitioners are directed to file status reports at 90-day intervals beginning September 24, 2015.

      The parties are directed to file motions to govern future proceedings in this case within 60 days of the disposition of No. 15-15894, <u>Sierra Club v. McCarthy</u>, by the United States Court of Appeals for the Ninth Circuit.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Mark A. Butler
        Deputy Clerk